# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 96-30881
Summary Calendar

MARSHALL LEE RAWLINS, JR.;
MARY E. RAWLINS; SHELIE D. TAPPIN;
PENNY JOHNSON; DEMETRIUS DAVIS;
CECIL JOE JENKINS; ANTIONA JENKINS;
RANDY WALL; MARCIA WALL,

Plaintiffs-Appellants,

versus

ITT ENGINEERED VALVES, a Unit of
ITT Fluid Technology Corporation,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(92-CV-320 & 92-CV-363)

March 12, 1997

Before POLITZ, Chief Judge, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Marshall Lee Rawlins, et al., plaintiffs-appellants, appeal an adverse summary judgment in their claims against ITT Engineered Valves, a Unit of ITT Fluid Technology Corporation. Having reviewed the record and briefs and finding no reversible error, on the basis of the facts found, authorities cited and analysis made by the district court in its Memorandum Ruling and Order filed on July 31, 1996, the judgment appealed is AFFIRMED.